```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    FAX: (415) 436-7234
    Ankur.Shingal@usdoj.gov

Attorneys for United States of America
```

**FILED**

Dec 01 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:20-mj-71753 MAG |
|---|---|
| Plaintiff, | ) MOTION TO SEAL |
| | ) AND [PROPOSED] ORDER |
| v. | ) |
| MARC NUNEZ, | ) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Defendant. | ) |

    The United States hereby moves the Court for an order sealing this Motion, the Complaint, the Arrest Warrant, and this Sealing Order until further order of the Court.  Disclosure of the existence of the Complaint and Arrest Warrant may cause the subject of the Complaint to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant.

    Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office.  The United States Attorney's Office is permitted to share these documents as necessary with counsel for the subject of the Complaint and with agents of Homeland Security

MOT. TO SEAL AND [PROP.] ORDER

Investigations (HSI) and other law enforcement officers.

DATED: November 30, 2020

Respectfully Submitted,
DAVID L. ANDERSON
United States Attorney

/s/ Ankur Shingal
ANKUR SHINGAL
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Complaint, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Complaint and Arrest Warrant shall be provided to agents of Homeland Security Investigations (HSI), other law enforcement, and employees of the United States Attorney's Office, and the Complaint and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendants. The United States Attorney's Office is permitted to share these documents as necessary with counsel for the subject of the Complaint.

DATED: 11/30/2020

HON. JOSEPH C. SPERO
Chief United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER