| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 25 minutes | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Elaine Kabiling | REPORTER/FTR<br>11:06 - 11:31 | |
| MAGISTRATE JUDGE<br>Laurel Beeler | DATE<br>12/7/2020 (Hearing held via Zoom) | NEW CASE ☒ | CASE NUMBER<br>3:20-mj-71753-MAG-1 |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>Marc Nunez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Elizabeth Falk | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Ankur Shingal | INTERPRETER<br>Not Required | | | FIN. AFFT ☒<br>SUBMITTED | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Gustavo Rangel | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>✓ **DPPA ADVISED** | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>20 minutes | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 | SPECIAL NOTES<br>Unsecured | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED    ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>12/15/2020 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING<br>_____ | ☐ CHANGE OF PLEA | ☒ STATUS<br>re: PX/Arraignment |
| BEFORE HON.<br>Beeler | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161  5.1 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| CC: | ADDITIONAL PROCEEDINGS | DOCUMENT NUMBER: |
|---|---|---|

Court orders case unsealed. Parties consent to hearing by Zoom and authorizes the court to sign all relevant documents. Proffer heard re: detention. Deft and custodian/sureties admonished re bond conditions. Bond condition and Order for Release signed and filed this date. Time waiver stated on the record. Deft request; Gov't to provide discovery.