**FILED**

Dec 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARC NUNEZ,<br><br>　　　　　Defendant. | Case No.  20-mj-71753-MAG-1   (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

　　The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant.

　　**IT IS SO ORDERED.**

Dated:  December 7, 2020

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 20-mj-71753-MAG-1