**PROPOSED ORDER/COVER SHEET**
(PROPOSED struck through)

| | | | |
|---|---|---|---|
| **TO:** | Honorable Laurel Beeler<br>U.S. Magistrate Judge | **RE:** | Marc Anthony Nunez |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:20-mj-71753-MAG-1 |
| **Date:** | December 14, 2020 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jessica Portillo                                                                 (510) 637-3755

Pretrial Services Officer                                                 **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

1. Defendant must remain in the custody of custodian Charles Bennett at 42 Beverly Street, San Francisco, California. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
2. Defendant must participate in mental health treatment, as directed by Pretrial Services.
3. The defendant must have no contact with minors.
4. The defendant shall submit to internet monitoring by Pretrial Services.

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____                                    December 14, 2020
**JUDICIAL OFFICER**                                                    **DATE**