| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 7 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** *AMENDED* | | DEPUTY CLERK Elaine Kabiling | | REPORTER/FTR 1:00 - 1:07 | |
| MAGISTRATE JUDGE Laurel Beeler | | DATE 12/15/2020 (Hearing held via Zoom) | | NEW CASE ☐ | CASE NUMBER 3:20-mj-71753-MAG-1 |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Marc Nunez | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Ankur Shingal | | INTERPRETER Not Required | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Elba Romero | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | ☐ PARTIAL PAYMENT OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / ☐ TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING 7 minutes | ☐ IA REV PROB. or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 1/12/2021 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Tse | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161  5.1 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Parties consent to hearing by Zoom. Court adopts bond modifications as proposed by Pretrial Services. Defendant is admonished re: modified conditions. Parties authorize court to sign relevant documents. Time excluded under both Rule 5.1 and the Speedy Trial Act until 1/12/2021. Amended bond conditions filed this date.

CC:                                                                                        DOCUMENT NUMBER: